**Order entered September 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

### INSURANCE ALLIANCE, Appellant

### V.

### LAKE TEXOMA HIGHPORT, LLC AND BOWOOD PARTNERS LIMITED, Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The Court has before it appellant's September 23, 2013 agreed second motion to extend time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by November 4, 2013. No further extensions will be granted absent a showing of exceptional circumstances. The Court also has before it Lake Texoma Highport, LLC's September 23, 2013 unopposed motion to establish single briefing deadline. The Court **GRANTS** the motion and **ORDERS** that any brief filed by Lake Texoma Highport, LLC in reply to the brief of either Insurance Alliance or Bowood Partners Limited be filed by November 25, 2013.

/s/      ELIZABETH LANG-MIERS
         JUSTICE